IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02579-RPM

VARCO, L.P.,

        Plaintiff,

v.

PASON SYSTEMS USA CORP.,

        Defendant.

_____

ORDER FOR CONFERENCE AFTER REMAND
_____

The United States Court of Appeals for the Federal Circuit having entered Judgment vacating this Court's order on the plaintiff's motion for preliminary injunction and upon remand to this court for further proceedings it is now

ORDERED that a conference will be convened on **March 21, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, to schedule further proceedings in this civil action.

DATED: February 17th , 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge