**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  03-CV-02579-RPM

VARCO, L.P.

        Plaintiff,

vs.

PASON SYSTEMS USA CORP.,

                Defendant.

---

**ORDER FOR WITHDRAWAL**

---

THIS MATTER, coming before the Court on the Motion for Withdrawal filed by Ireland, Stapleton, Pryor & Pascoe, P.C., requesting approval for Kelley A. Bergelt, a former Ireland, Stapleton attorney no longer practicing in Colorado, to withdraw her appearance as attorney of record in this matter.  Having reviewed the motion, and being otherwise fully advised, the Court orders that the motion is GRANTED.  Kelley A. Bergelt's appearance in the above-captioned matter is hereby withdrawn.

DATED this 20th day of _March, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              UNITED STATES DISTRICT COURT JUDGE