IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02579-RPM

VARCO, L.P.,

       Plaintiff,

v.

PASON SYSTEMS USA CORP.,

       Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the conference convened today, it is

ORDERED that a pretrial conference is scheduled for **November 17, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by **November 9, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.

DATED: March 21st, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge