IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03- M –2579 (BNB)

VARCO, L.P.,

    Plaintiff,

v.

PASON SYSTEMS USA CORP.,

    Defendant.

and

PASON SYSTEMS USA CORP.,

    Counterclaim-Plaintiff

v.

VARCO, L.P.,

    Counterclaim-Defendant

## ORDER REGARDING MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM

Upon the Motion of Pason Systems USA Corp. ("Pason") for leave to file an amended answer and counterclaim, and finding good cause for the granting thereof,

IT IS ORDERED, that Pason's has leave to file their Motion for Leave to File Amended Answer and Counterclaim.

DATED this 2nd day of May, 2006.

    s/Richard P. Matsch

    Senior United States District Court Judge