**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  03-cv-02579-RPM

VARCO, L.P.

        Plaintiff,

  vs.

PASON SYSTEMS USA CORP.,

                      Defendant.

---

**ORDER REGARDING MOTION TO AMEND SIGNATURE BLOCK OF THE SUPPLEMENTAL SCHEDULING ORDER, FILED MARCH 28, 2006 AND TO REMOVE CECIL E. MORRIS FROM FUTURE ELECTRONIC NOTICES**

---

     Upon the motion of Pason Systems USA Corp. ("Pason") for leave to amend its signature block in the Supplemental Scheduling Order, and to remove Cecil E. Morris from future electronic notices, and finding good cause for the granting thereof,

     IT IS ORDERED, that Pason has leave to file its amended signature page attached to its motion, and the Clerk shall remove Cecil E. Morris from future electronic notices.

     DATED this 18th day of May, 2006.

                                    s/ Richard P. Matsch

                                    Richard P. Matsch
                                    United States District Court Senior Judge