# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02579-RPM

VARCO, L.P.

        Plaintiff,

vs.

PASON SYSTEMS USA CORP.,

        Defendant.

---

ORDER GRANTING
**DEFENDANT PASON'S UNOPPOSED MOTION TO AMEND THE SUPPLEMENTAL SCHEDULING ORDER TO EXTEND THE DEADLINE FOR EXPERT DESIGNATIONS**

---

Upon the unopposed motion of Pason Systems USA Corp. ("Pason"), and finding good cause for granting thereof,

IT IS ORDERED, that the Supplemental Scheduling Order is amended to extend the deadline for both parties to file initial Expert Reports to and including Friday, July 21, 2006, and that the deadline for filing responsive expert designations be extended to Monday, August 21, 2006.

DATED this 17TH day of July, 2006.

        s/Richard P. Matsch

        United States District Court Judge