## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  03-CV-02579-RPM

VARCO, L.P.

    Plaintiff,

    vs.

PASON SYSTEMS USA CORP.,

    Defendant.

---

## ORDER GRANTING DEFENDANT PASON'S UNOPPOSED SECOND MOTION TO AMEND THE SUPPLEMENTAL SCHEDULING ORDER TO EXTEND THE DEADLINE FOR REBUTTAL EXPERT DESIGNATIONS

---

    Defendants' Unopposed Second Motion to Amend the Supplemental Scheduling Order to Extend the Deadline for Rebuttal Expert Designation is hereby GRANTED.  The Supplemental Scheduling Order is amended to extend the deadline for the Parties to file their Rebuttal Expert Designations to and including September 5, 2006.

    Dated:  August 15th , 2006.


                                             s/Richard P. Matsch

                                             United States District Court Judge