IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                 November 17, 2006
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 03-cv-02579-RPM

| | |
|---|---|
| VARCO, L.P., | Jane Michaels |
| | Robert Bowick |
| Plaintiff, | John Raley |
| v. | |
| PASON SYSTEMS USA CORPORATION, | Timothy G. Atkinson |
| | Mark E. Haynes |
| Defendant. | Mark Lacis |

_____

## COURTROOM MINUTES
_____

**Motions hearing**

**2:02 p.m.**     **Court in session.**

2:05 p.m.     Argument by Mr. Bowick [109].

**ORDERED:   Plaintiff's Motion to Strike Defendant's Supplemental Designations of Expert Opinion, filed September 19, 2006 [109], is denied.**

2:07 p.m.     Argument by Mr. Haynes [129].

**ORDERED:   Defendant Pason's Motion to Strike Expert Report of Alton W. Payne, filed November 16, 2006 [129], is denied.**

Argument by Mr. Haynes [110].
Mr. Atkinson states a claims construction hearing would be beneficial.

2:27 p.m.     Argument by Ms. Michaels [110].

2:28 p.m.     Further argument by Mr. Haynes.

**ORDERED:   Defendant shall submit privilege log documents and deposition transcripts (relevant portions dealing with good faith reliance on opinion of counsel issue) directly to chambers for an in camera review by the Court.**

Mr. Bowick states plaintiff withdraws Claim No. 9. and a claims construction hearing would beneficial.

**ORDERED:   Counsel shall file written submission on claims construction disputes and parties' respective positions.**

**2:45 p.m.     Court in recess.**   Hearing concluded.  Total time: 43 min.