## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02579-RPM

VARCO, L.P.,

        Plaintiff,

vs.                                                                                       JURY TRIAL DEMANDED

PASON SYSTEMS USA CORP.,

        Defendant.

---

### ORDER GRANTING THE MARKMAN BRIEFING SCHEDULE

---

THIS MATTER comes before the Court on the Parties' Proposed Markman Briefing Schedule, filed December 28, 2006, and the Court, having reviewed the proposed briefing schedule and being fully advised on the premises,

HEREBY ORDERS that the Markman Briefing Schedule is accepted.

Dated this 2nd  day of January, 2007.

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  Senior District Judge Richard P. Matsch