# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02579-RPM-BNB

VARCO, L.P.,

    Plaintiff,

vs.

PASON SYSTEMS USA CORP.,

    Defendant.

---

**ORDER GRANTING SCHEDULE FOR SUBMISSION OF PRIVILEGED DOCUMENTS AND DEPOSITION DESIGNATIONS**

---

THIS MATTER comes before the Court on the Parties' Proposed Schedule for Submission of Privileged Documents and Deposition Designations, filed January 4, 2007, (Doc. #136) and the Court having reviewed the proposed submission schedule and being fully advised of the premises,

HEREBY ORDERS that the Schedule for Submission of Privileged Documents and Deposition Designations is accepted.

Dated this 5th day of January, 2007.

                                        **BY THE COURT:**

                                        s/Richard P. Matsch
                                        _____
                                        Senior District Judge Richard P. Matsch

3651228_1.DOC