**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

    Plaintiff,

vs.                                   <u>JURY TRIAL DEMANDED</u>

PASON SYSTEMS USA CORP.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Change the Caption of the Case to Reflect Changes in Plaintiff's Name, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that said Motion is GRANTED and that the caption of this case shall be changed to reflect Plaintiff's name change as follows:

    NATIONAL OILWELL VARCO, L.P.,

        Plaintiff,

    v.

    PASON SYSTEMS USA CORP.,

        Defendant.

Dated: January 16, 2008

                                                BY THE COURT:

                                                s/ Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Court Judge