IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

        Plaintiff,

v.

PASON SYSTEMS USA CORP.,

        Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the Ruling on Claims Construction Issues [166] entered by Senior Judge Richard P. Matsch on January 10, 2008, it is

Pursuant to the hearing convened today, it is

ORDERED that a pretrial conference is scheduled for **February 29, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on February 21, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: January 22nd, 2008.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge