IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

                    Plaintiff,

v.

PASON SYSTEMS USA CORP.,

                    Defendant.
_____

ORDER SETTING TRIAL DATE
_____

        Pursuant to the pretrial conference convened today, it is

        ORDERED that this matter is set for trial to jury on **October 27, 2008, at 9:00 a.m.,**

**with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A,

Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

        DATED: February 29, 2008.

                                BY THE COURT:


                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge