**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: October 17, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No.  03-cv-02579-RPM

| | |
|---|---|
| NATIONAL OILWELL VARCO, L.P., | Jane Michaels |
| | Ryan Bergsieker |
| Plaintiff, | |
| v. | |
| PASON SYSTEMS USA CORP., | Kelley Bergelt |
| | Mark Lacis |
| Defendant. | Timothy Atkinson |

_____

## COURTROOM MINUTES
_____

**HEARING: Plaintiff's Motion to Compel (194)**

**2:58 p.m.**     **Court in session**.

Argument by Mr. Bergsieker and Ms. Bergelt on Plaintiff's Motion to Compel**.**

**ORDERED:**     Plaintiff National Oilwell Varco, L.P.'s Motion to Compel and Request for Expedited Ruling **(194)** is **denied**.

**ORDERED:**     Final Trial Preparation Conference set for **October 24, 2008, at 2:00 p.m.**

**3:20 p.m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:22