IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

                Plaintiff,

v.

PASON SYSTEMS USA CORP.,

                Defendant.

_____

## RULINGS ON TESTIMONY OF JAMES DOUGLAS HILL
_____

| | |
|---|---|
| P. 15, Lines15, 17 | Sustained |
| P. 33, Lines 11-24 | Overruled |
| P. 34, Lines 15-16 | Sustained |
| P. 44, Lines 12-25–P. 45, Line 1 | Sustained |
| P. 49, Line 24–P. 50, Lines 1-21 | Overruled |
| P. 55, Line 24–P. 56, Line 11 | Overruled |
| P. 73, Line 10–P. 74, Line 3 | Sustained |
| P. 86, Line 13–P. 87, Line 10 | Sustained |
| P. 87, Line 16–P. 92, Line 13 | Sustained |
| P. 92, Line 25–P. 93, Line 2 | Sustained |
| P. 93, Line 6–P. 95, Line 5 | Sustained |
| P. 98, Line 18–P. 99, Line 3 | Sustained |
| P. 100, Line 23–P. 101, Line 5 | Sustained |
| P. 109, Lines 1-18 | Sustained |
| P. 110, Lines 7-16 | Sustained |
| P. 112, Line 13–P. 115, Line 5 | Sustained |
| P. 116, Lines 15-25 | Sustained |
| P. 117, Line 6–P. 119, Line 5 | Sustained |
| P. 124, Line 14–P. 125, Line 3 | Sustained |

| | |
|---|---|
| P. 125, Line 22–P. 128, Line 10 | Sustained |
| P. 128, Line 22–P. 130, Line 5 | Sustained |
| P. 132, Line 4–P. 134, Line 4 | Sustained |
| P. 134, Line 19–P. 136, Line 11 | Sustained |
| P. 139, Line 14–P. 140, Line 12 | Sustained |
| P. 167, Line 17–P. 170, Line 16 | Sustained |
| P. 171, Line 1–P. 173, Line 3 | Sustained |
| P. 174, Line 25–P. 19, Line 25 | Sustained |
| P. 197, Line 22–P. 198, Line 1 | Sustained |
| P. 205, Lines 8-14 | Sustained |
| P. 214, Line 14–P. 219, Line 23 | Sustained |
| P. 226, Lines 3-6 | Overruled |
| P. 226, Line 7–P. 227, Line 9 | Sustained |
| P. 232, Lines 1-3 | Overruled |

DATED: October 27, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge