IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 31, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 03-cv-02579-RPM

| | |
|---|---|
| NATIONAL OILWELL VARCO, L.P., | John W. Raley |
| | Jane Michaels |
| Plaintiff, | Robert M. Bowick, Jr. |
| | Guy Mathews |
| v. | |
| PASON SYSTEMS USA CORPORATION, | Timothy G. Atkinson |
| | Mark E. Haynes |
| Defendant. | Mark Lacis |
| | Kelley A. Bergelt |

_____

## COURTROOM MINUTES
_____

**Trial to Jury Day Five**

**9:03 a.m.     Court in session.**

Plaintiff's representative Wayne Prejean and defendant's representative Greg Lindsay are present.

Court's preliminary remarks.

Jurors present.

9:05 a.m.     Continued direct examination of Mr. Holt by Mr. Atkinson.

Reference to Plaintiff's Exhibits 156 and 153.

9:13 a.m.     Cross examination of Mr. Holt by Mr. Raley.

**Plaintiff's Exhibits 55, 351, 357 and 155 identified, offered and received.**
Reference to Plaintiff's Exhibit 153.

10:15 a.m.     Redirect examination of Mr. Holt by Mr. Atkinson.

Reference to Plaintiff's Exhibit 357.

October 31, 2008
03-cv-02579-RPM

**10:19 p.m.**     **Court in recess.**
**10:35 a.m.**     **Court in session.**

Jurors present.

(10:36 a.m. to 10:40 a.m.   pause locating witness)

10:41 a.m.     Defendant recalls Wayne Prejean as a witness in its case.

Direct examination of Mr. Prejean by Mr. Haynes.
Reference to Defendant's Exhibit A-3.
Defendant's Exhibit C-6 identified, offered and plaintiff's objection sustained.

10:56 a.m.     Cross examination of Mr. Prejean by Ms. Michaels.

10:58 a.m.     Defendant recalls James Hill as a witness in its case.

Direct examination of Mr. Hill by Mr. Atkinson.

Reference to Defendant's Demonstrative EDR System Connection Diagram Exhibit.

Reference to Plaintiff's Exhibits 3, 29, 58, 446 and 92.
**Plaintiff's Exhibit 98 identified, offered and received.**

Court instruct jurors.
Jurors excused.

**12:02 p.m.**     **Court in recess.**
**1:15 p.m.**       **Court in session.**

Discussion regarding scheduling.

Jurors present.

1:18 p.m.     Continued direct examination of Mr. Hill by Mr. Atkinson.

Reference to Plaintiff's Exhibit 98.

Court instructs jurors (infringement, willfulness and invalidity).

1:35 p.m.     Cross examination of Mr. Hill by Mr. Raley.

Reference to the 9/20/2006 video deposition of James Hill.
Reference to Plaintiff's Exhibits 3, 92 and155.

October 31, 2008
03-cv-02579-RPM

2:13 p.m. to 2:15 p.m.       Bench conference regarding scheduling.

Court instructs jurors.
Jurors excused until 9:00 a.m. November 3, 2008.

**2:20 p.m.       Court in recess.**
**2:38 p.m.       Court in session.**

2:39 p.m.       Argument by Mr. Atkinson [214].
2:55 p.m.       Argument by Mr. Bowick.

**ORDERED:   Defendant's Motion for Judgment as a Matter of Law, filed October 30, 2008 [214], is denied.**

**ORDERED:   Further proposed jury instructions are to be submitted by 8:30 a.m. November 3, 2008.**

**3:06 p.m.       Court in recess.**

Trial Continued.  Total time: 4 hrs. 50 min.