**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: November 3, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 03-cv-02579-RPM

| | |
|---|---|
| NATIONAL OILWELL VARCO, L.P., | John W. Raley |
| | Jane Michaels |
| Plaintiff, | Robert M. Bowick, Jr. |
| | Guy Mathews |
| v. | |
| PASON SYSTEMS USA CORPORATION, | Timothy G. Atkinson |
| | Mark E. Haynes |
| Defendant. | Mark Lacis |
| | Kelley A. Bergelt |

_____

## COURTROOM MINUTES
_____

**Trial to Jury Day Six**

**9:00 a.m.    Court in session.**

Plaintiff's representative Wayne Prejean and defendant's representative Greg Lindsay are present.

Court's preliminary remarks.

Court gives counsel a copy of its claims interpretation construction.

Argument by Mr. Raley and Mr. Atkinson regarding Plaintiff's Motion to Exclude Defendant's Belated-Disclosed Demonstrative Exhibit, filed November 3, 2008 [223].

**ORDERED:    Plaintiff's Motion to Exclude Defendant's Belated-Disclosed Demonstrative Exhibit, filed November 3, 2008 [223], is granted. Expert permitted to do drawings in court.**

Discussion regarding scheduling.

Counsel agree, consistent with the sequestration order, that J. Ford Brett will not be permitted to observe Tommy Warren's testimony.

Jurors present.

November 3, 2008
03-cv-02579-RPM

9:07 a.m.	Defendant's witness, Gerald Aberle, sworn.

Direct examination of Mr. Aberle by Mr. Haynes.

**Defendant's Exhibits A-5, A-8 identified, offered and received.**
Reference to Plaintiff's Exhibits 400, 404 and 425,
Reference to Plaintiff's Demonstrative Exhibits 721 and 723.
Reference to Defendant's Demonstrative Exhibit E-24.
Reference to Plaintiff's Exhibit 403.

9:55 a.m.	Cross examination of Mr. Aberle by Ms. Michaels.

Reference to Defendant's Exhibits A-5 and A-12.
Reference to the November 7, 2006 deposition transcript of Gerald Aberle.
**Plaintiff's Exhibit 440 identified, offered and received.**
Reference to Plaintiff's Exhibits 441, 442, 443 and 436.

**10:38 a.m.	Court in recess.**
**10:54 a.m.	Court in session.**

Jurors present.

Court instructs jurors.

10:57 a.m.	Continued cross examination of Mr. Aberle by Ms. Michaels.

Reference to Defendant's Demonstrative Exhibit E-24.
**Plaintiff's Exhibit 434 identified, offered and received.**
Reference to Plaintiff's Exhibit 404.
Reference to Defendant's Exhibit A-12.

11:20 a.m.	Redirect examination of Mr. Aberle by Mr. Haynes.

Reference to Plaintiff's Exhibits 441, 442, 443, 444 and 404.

11:40 a.m.	Recross examination of Mr. Aberle by Ms. Michaels.

Reference to Plaintiff's Exhibit 404.

11:45 a.m.	Defendant's witness, Benjamin Thomas, sworn.

Direct examination of Mr. Thomas by Ms. Bergelt.

Reference to Plaintiff's 425
Reference to Plaintiff's Demonstrative Exhibit 723.

November 3, 2008
03-cv-02579-RPM

Court instructs jurors.
Jurors excused.

**12:15 p.m.     Court in recess.**
**1:30 p.m.      Court in session.**

Jurors present.

1:31 p.m.     Cross examination of Mr. Thomas by Ms. Michaels.

**Plaintiff's Exhibit 107 identified, offered and received.**
Reference to Plaintiff's Exhibit 400.

1:47 p.m.     Defendant's witness, Tommy Warren, sworn.

Direct examination of Mr. Warren by Mr. Lacis.

**Defendant's Exhibit B-24 identified, offered and received.**

2:22 p.m.     Cross examination of Mr. Warren by Mr. Raley.

Reference to Defendant's Exhibit B-24.

2:45 p.m.     Redirect examination of Mr. Warren by Mr. Lacis.

Reference to Defendant's Exhibit B-24.

Court instructs jurors.

Jurors excused

**2:51 p.m.     Court in recess.**
**3:05 p.m.     Court in session.**

Jurors present.

3:07 p.m.     Defendant's witness, J. Ford Brett, sworn.

Direct examination of Mr. Brett by Mr. Atkinson.

Reference to Defendant's Exhibits B-24 and A-1.
**Defendant's Exhibits C-20, C-19, C-11, C-17 and C-18 identified, offered and received.**
Reference to Plaintiff's Exhibit 1.
**Defendant's Exhibit A-4 identified, offered, plaintiff's objection overruled and received.**

November 3, 2008
03-cv-02579-RPM

Court instructs jurors.
Jurors excused until 9:00 a.m. November 4, 2008.

Discussion regarding scheduling.

**4:32 p.m.        Court in recess.**

Trial Continued.  Total time: 6 hrs. 17 min.