IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: November 4, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,           John W. Raley
          Jane Michaels
     Plaintiff,           Robert M. Bowick, Jr.
          Guy Mathews
v.

PASON SYSTEMS USA CORPORATION,           Timothy G. Atkinson
          Mark E. Haynes
     Defendant.           Mark Lacis
          Kelley A. Bergelt

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Seven**

**9:03 a.m.     Court in session.**

Plaintiff's representative Wayne Prejean and defendant's representative Greg Lindsay are present.

Court's preliminary remarks.

Discussion regarding plaintiff's Motion to Modify the Court's Claim Construction of the '142 Patent, filed 11/4/2008.

Jurors present.

9:05 a.m.     Continued direct examination of Mr. Brett by Mr. Atkinson.

**Defendant's Exhibits B-20 and C-16 identified, offered and received.**
Reference to Plaintiff's Exhibit 1 (Fig. 14).
Reference to Defendant's Exhibit C-19 (Fig. 1A), C-18, B-24 and A-2.
Court instructs jurors regarding the legal significance of the word obviousness.

Court instructs jurors.

Jurors excused.

November 4, 2008
03-cv-02579-RPM

Court instructs counsel to identify and mark drawings drawn by Mr. Brett.

**10:29 a.m.      Court in recess.**
**10:44 a.m.      Court in session.**

Mr. Brett identifies drawings marked as Defendant's Demonstrative Exhibits E-25, E-26, F-1 and F-2.

Jurors present.
Court instructs jurors regarding the identification and marking of demonstrative exhibits.

10:49 a.m.      Cross examination of Mr. Brett by Mr. Raley.

Reference to Plaintiff's Exhibits 1, 3, 155 and 153.
Reference to plaintiff's demonstrative exhibit (claims).
Reference to the November 16, 2006 deposition transcript of J. Ford. Brett.

Court instructs jurors.
Jurors excused.

Discussion between the Court and Mr. Raley regarding claims construction.
Court states plaintiff may submit a written proffer on its position with respect to claims construction.

**12:00 p.m.     Court in recess.**
**1:15 p.m.      Court in recess.**

Jurors present.

1:19 p.m.      Continued cross examination of Mr. Brett by Mr. Raley.

Reference to plaintiff's demonstrative exhibit (claims).

1:25 p.m.      Redirect examination of Mr. Brett by Mr. Atkinson.

Reference to Defendant's Demonstrative Exhibit F-2.

1:28 p.m.      Recross examination of Mr. Brett by Mr. Raley.

Defendant rests.

1:30 p.m.      Plaintiff's rebuttal witness, Gregg Perkins, recalled.

Further examination of Mr. Perkins by Mr. Raley.

November 4, 2008
03-cv-02579-RPM

1:38 p.m.       Plaintiff's rebuttal witness, David Hall, recalled.

Further examination of David Hall by Ms. Michaels.

Reference to Defendant's Demonstrative Exhibit (Pason System USA Calculated AutoDriller Operating Margin).

Reference to Plaintiff's Exhibit 404.
Mr. Hall's drawings are identified and marked as Demonstrative Exhibits 478 (2 pgs.) and 479.
Reference to Plaintiff's Demonstrative Exhibits 724, 725 and 730.

2:13 p.m.       Further cross examination of Mr. Hall by Mr. Haynes.

Reference to Plaintiff's Demonstrative Exhibit 723.
Reference to Plaintiff's Exhibit 404.

2:26 p.m.       Further examination of Mr. Hall by Ms. Michaels.

Reference to Plaintiff's Exhibit 404.
Reference to Defendant's Demonstrative Exhibit (Pason System USA Calculated AutoDriller Operating Margin).

Plaintiff rests.

**ORDERED:   Defendant's Motion for Exclusion, filed October 28, 2008 [207], was denied.**

**2:31 p.m.       Evidence closed.**

Court instructs jurors.
Jurors excused until 9:00 a.m. November 5, 2008.

Defendant's oral Rule 50 motion for judgment as a matter of law by Mr. Atkinson.

**ORDERED:   Defendant's oral Rule 50 (b) motion for judgment as a matter of law is denied.**

**2:37 p.m.       Court in recess.**
**3:06 p.m.       Court in session.**

Court advise counsel of the materials it intends to give to the jury for deliberations.

Court reviews proposed instructions and verdict form with counsel.
Counsel (Mr. Bergsieker, Mr. Raley, Ms. Michaels and Mr. Atkinson) state objections, make arguments and Court states its rulings.

November 4, 2008
03-cv-02579-RPM

**Court verifies that plaintiff's objection to its claim construction is part of the record and docketed as** Plaintiff Varco's Motion to Modify the Court's Claim Construction of the '142 Patent, filed November 4, 2008 [228].

**ORDERED:** Plaintiff Varco's Motion to Modify the Court's Claim Construction of the '142 Patent, filed November 4, 2008 [228], is denied.

**Defendant's Proposed Jury Instruction No. 6 is tendered and refused** (attached)**.**

**Court states plaintiff's closing argument with respect to the issue of the reexamination examiner's error is restricted to Claims 1 and 11.**

Discussion regarding closing arguments.

**4:10 p.m.     Court in recess.**

**Clerk's note:** Clerk's record of plaintiff and defendant's exhibit lists and defendant's tendered and refused instruction attached.

Trial Continued.  Total time: 5 hrs.  52 min.