## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-CV-02579-RPM**

**NATIONAL OILWELL VARCO, L.P.**

      **Plaintiff,**

**v.**

**PASON SYSTEMS USA CORP.,**

      **Defendant.**

_____

### ORDER APPROVING SECURITY AND STAYING EXECUTION
### ON JUDGMENT PENDING APPEAL
_____

THIS MATTER is before the Court on the Motion for Entry of Order Staying Execution on Judgment and Approving Security Pending Appeal. Having considered the Motion, the proposed supersedeas bond tendered as security pending appeal, and being fully advised in the premises, the Court:

FINDS that the supersedeas bond tendered by Defendant Pason Systems USA Corp. is good and adequate security for payment of the April 30, 2009 Judgment; and

FURTHER FINDS that there is good cause to stay execution on, or any proceedings to enforce, the Judgment entered in this action on April 30, 2009; and

ORDERS that the supersedeas bond shall be filed with the Court within five business days after entry of this Order; and

FURTHER ORDERS that execution on, or any proceedings to enforce, the Judgment entered in this action on April 30, 2009, are stayed until the completion of all appellate proceedings regarding the Judgment.

Dated: June 11th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Court Judge