IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

    Plaintiff,

v.

PASON SYSTEMS USA CORP.,

    Defendant.

_____

STAY ORDER
_____

    Upon consideration of the Notice of Order Granting Request for *Ex Parte* Reexamination and the fact that the claims which are the subject of the reexamination proceeding before the United States Patent and Trademark Office and the prior art that is the subject of the reexamination proceedings are also the prior art which is the subject of the defendant's claim of inequitable conduct before the Patent Office and it also appearing that since there is no final judgment in this civil action the rulings of the Patent Office may invalidate the jury verdict in this case and that to proceed with the plaintiff's claim for an injunction and the defendant's claim of inequitable conduct would require the application of judicial resources in this case, in the interest of judicial economy it is

    ORDERED that further proceedings in this civil action are stayed pending action from the Patent Office on the reexamination proceedings.

    DATED: November 12th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge