IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

     Plaintiff,

v.

PASON SYSTEMS USA CORP.,

     Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


     A status conference is set for **January 4, 2011, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


Dated:  December 8, 2010