IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

    Plaintiff,

v.

PASON SYSTEMS USA CORP.,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to the status conference held on January 4, 2011, it is

    ORDERED that a scheduling conference will be held on **February 18, 2011, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on February 10, 2011.**

    The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

    Dated:   January 5th, 2011

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge