# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.

    Plaintiff,

v.

PASON SYSTEMS USA CORP.,

    Defendant.

_____

## ORDER RE: MOTION FOR LEAVE TO TAKE
## ADDITIONAL DEPOSITIONS OF NON-PARTY WITNESSES
## BROOKS DOUGHTIE AND EDDY NINK

_____

    Upon consideration of the Motion for Leave to Take Additional Depositions of Non-Party Witnesses Brooks Doughtie and Eddy Nink [297], plaintiff's response filed on June 6, 2011, and defendant's reply filed on June 7, 2011, it is.

    ORDERED, that the motion is granted and Defendantis permitted to take the depositions of Brooks Doughtie and Eddy Nink.

    DATED this 8th day of June, 2011.

                                                 BY THE COURT:

                                               s/Richard P. Matsch

                                               _____

                                               Richard P. Matsch Senior District Judge