IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

       Plaintiff,

  v.

PASON SYSTEMS USA CORP.,

       Defendant.

**ORDER RE: JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF**

THIS MATTER is before the Court on the Joint Stipulated Motion to Amend Scheduling Order to Extend Discovery Cut-Off (the "Motion"). Having considered the Motion and being advised in the premises, it is hereby:

ORDERED, that (1) NOV will produce Mr. Bowden for a 7-hour deposition in Denver, Colorado to be held no later than October 7, 2011; (2) the discovery cut-off as provided in the Supplemental Scheduling Order [Doc. No. 295] is extended to allow Mr. Bowden's deposition to occur outside of the current discovery cut-off date of September 15, 2011, but no other discovery will occur after September 15, 2011; (3) NOV will pay all costs associated with the court reporter and videographer for Mr. Bowden's deposition; (4) Mr. Bowden's deposition will be taken before a Special Master to be appointed by the Court on the parties' stipulation; (5) NOV will pay all costs associated with the Court appointed Special Master, for Mr. Bowden's deposition; (6) the scope of the deposition will be unlimited and NOV or its counsel will not

instruct Mr. Bowden not to answer any question, except on the basis of privilege; and (7) the requirements and protections of Rules 30 and 32, Fed. R. Civ. P., shall apply to the deposition of Mr. Bowden.

IT IS FURTHER ORDERED that Defendant Pason's Motion to Compel and Request for Sanctions and Motion to Amend Scheduling Order to Extend Discovery Cut-Off [Doc. No. 310] filed on September 13, 2011 has been and shall be deemed withdrawn pursuant to the parties' stipulation.

IT IS FURTHER ORDERED that the parties will agree upon the person to be appointed as a Special Master and submit a stipulation and proposed order for appointment pursuant to Fed.R.Civ.P. 53(b)(2).

DATED this 19th day of September, 2011.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior United States District Judge