# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

      Plaintiff,

  v.

PASON SYSTEMS USA CORP.,

      Defendant.

## ORDER RE: UNOPPOSED MOTION TO SUBMIT AMENDED SUPPLEMENTAL FINAL PRETRIAL ORDER

THIS MATTER is before the Court on Pason's Unopposed Motion to Submit Amended Supplemental Final Pretrial Order (the "Motion"). Having considered the Motion and being advised in the premises, it is hereby:

ORDERED, that this Court enter an Order approving the Amended Supplemental Final Pretrial Order as submitted.

DATED this 13th day of October, 2011.

                    BY THE COURT:

                    s/Richard P. Matsch

                    Richard P. Matsch
                    Senior United States District Judge