IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.

    Plaintiff,

v.

PASON SYSTEMS USA CORP.

    Defendant.

---

ORDER AMENDING THE COURT'S FINDINGS, CONCLUSIONS AND
ORDER FOR FINAL JUDGMENT DATED JUNE 18, 2012

---

    Final Judgment entered on June 18, 2012, pursuant to this Court's Findings, Conclusions and Order for Final Judgment (Dkt. # 348). On July 10, 2012, the Plaintiff moved pursuant to Fed.R.Civ.P. 60(a) to amend the Findings, Conclusions and Order for Final Judgment, requesting deletion of that portion of the sentence on page 8 which states, "It is undisputed that the Pason Auto Driller now on the market does not infringe ..." Accepting that motion, it is

    ORDERED that the following sentence is deleted from page 8 of the Court's Findings, Conclusions and Order for Final Judgment (# 348): "It is undisputed that the Pason Auto Driller now on the market does not infringe and that no use of the prior version's algorithm is possible." It is

    FURTHER ORDERED that the following sentences are inserted on page 8 in place of the deleted sentence: "The version of the Pason Auto Driller that was found to infringe is no longer on the market and no use of the prior version's algorithm is possible. Varco has not asserted

-1-

claims or requested injunctive relief directed to the New Algorithm version of the Pason Auto Driller."

The Final Judgment entered on June 18, 2012, is not affected by these changes to the Court's Findings, Conclusions, and Order for Final Judgment.

Dated: July 12, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge