IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02579-RPM

NATIONAL OILWELL VARCO, L.P.

      Plaintiff,

v.

PASON SYSTEMS USA CORP.,

      Defendant.

_____

**ORDER APPROVING SECURITY AND STAYING EXECUTION ON JUDGMENT PENDING APPEAL**
_____

THIS MATTER is before the Court on the Unopposed Motion for Entry of Order Staying Execution on Judgment and Approving Security Pending Appeal. Having considered the Motion, the proposed supersedeas bond tendered as security pending appeal, and being fully advised in the premises, the Court:

FINDS that the supersedeas bond tendered by Defendant Pason Systems USA Corp. is good and adequate security for payment of the June 18, 2012 Final Judgment; and

FURTHER FINDS that there is good cause to stay execution on, or any proceedings to enforce, the Final Judgment entered in this action on June 18, 2012; and

ORDERS that the supersedeas bond shall be filed with the Court within five business days after entry of this Order; and

FURTHER ORDERS that execution on, or any proceedings to enforce, the Final Judgment entered in this action on June 18, 2012, are stayed until the completion of all appellate proceedings regarding the Final Judgment.

      Dated:   October 2, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Court Judge