IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-M-2579 (RPM)

NATIONAL OILWELL VARCO, L.P.,

    Plaintiff,

vs.

PASON SYSTEMS USA CORP.,

    Defendant.

_____

## ORDER GRANTING STAY
_____

Upon consideration of parties Joint Motion for a Stay, this Court hereby GRANTS the requested stay. All motions, deadlines, decisions, and other proceedings before this Court are stayed until October 30, 2013.

Signed this the 2nd day of August, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
THE HONORABLE JUDGE RICHARD MATSCH
SENIOR UNITED STATES DISTRICT JUDGE