# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02579-RPM

NATIONAL OILWELL VARCO, L.P.

     Plaintiff,

vs.

PASON SYSTEMS USA CORP.,

     Defendant.

_____

## ORDER OF DISMISSAL
_____

CAME TO BE CONSIDERED THIS DAY the Joint Motion to Dismiss with Prejudice filed by Plaintiff National Oilwell Varco, L.P. and Pason Systems USA, Corp. After considering the Motion, the Court is of the opinion that the Joint Motion to Dismiss with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(2), is well taken and should be granted.

It is ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

It is ORDERED that all claims filed by National Oilwell Varco, L.P. and Pason Systems USA Corp. are dismissed with prejudice.

DATED: October 17th, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge