# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02579-RPM

NATIONAL OILWELL VARCO, L.P.,

    Plaintiff,

v.

PASON SYSTEMS USA CORP.

    Defendant.

_____

## ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS
_____

    After review of the record and finding that there are no further issues to be determined, it is

    ORDERED that counsel for the respective parties shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements for the return of all trial exhibits and depositions retained at the conclusion of the trial to court on December 1, 2011 [330] and stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294.

    DATED at Denver, Colorado this 24th , day of October, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge